18 So.2d 434

**HILL GROCERY CO. v. John NELSON.**

**6 Div. 248.**

Supreme Court of Alabama.
June 8, 1944.

Pritchard, Aird & Fox, of Birmingham, for the petition.

Wm. Conway, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Hill Grocery Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hill Grocery Co. v. Nelson, 18 So.2d 432.

Writ denied.

GARDNER, C. J., and THOMAS, FOSTER, and STAKELY, JJ., concur.